# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA ROMAN-GALICIA,<br><br>Defendant. | Case No. 19-CR-3688-LAB<br><br>**JUDGMENT AND ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE** |

On motion of the United States, and with good cause shown, the Information in this case is hereby dismissed without prejudice.

DATED: December 3, 2019

**SO ORDERED.**

_____
HON. LARRY ALAN BURNS
CHIEF UNITED STATES DISTRICT JUDGE